**Order entered September 19, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01575-CR

**JASON LATROY LEONARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82469-2011**

## ORDER

The Court **REINSTATES** the appeal.

On August 21, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Stephanie Hudson; (3) Ms. Hudson's explanation for the delay in filing the brief is her workload; and (4) Ms. Hudson indicated she would file appellant's brief by September 16, 2013.

We have received the electronic copy of appellant's brief and we **ORDER** it filed as of the date of this order.

We **ORDER** counsel to deliver to the Court, by **SEPTEMBER 23, 2013** the required paper copies of appellant's brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE